```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA

                         Alexandria Division
```

| | |
|---|---|
| JEFFREY GOLDSTEIN et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:07cv976 (LO/TCB) |
| ) | |
| JACK DALE, et al. ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

For the reasons stated in open court, it is hereby ORDERED that:

1) Plaintiffs' Emergency Motion for Temporary Restraining Order is DENIED without prejudice;

2) Defendants shall give notice to Plaintiffs of any contemplated non-emergency counseling regarding Plaintiff Minor Child;

3) this matter is set for a preliminary injunction hearing at 10:00 a.m. on October 9, 2007 before Judge O'Grady;

4) the Clerk shall forward copies of this Order to all counsel of record.

September 28, 2007                        /s/
Alexandria, Virginia              James C. Cacheris
                         UNITED STATES DISTRICT COURT JUDGE